E-FILED
Thursday, 08 July, 2021 01:56:55 PM
Clerk, U.S. District Court, ILCD



JUL 07 2021

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) Case No. 21-CR-200_37_ ) |
| LORENZA DOMINGO-CASTANEDA, | ) Title 18, United States Code, ) Section 1546(a); ) Title 8, United States Code, Section 1326 |
| Defendant. | ) ) |

## INDICTMENT

### COUNT 1
**(Fraud and Misuse of Visas, Permits and Other Documents)**

**THE GRAND JURY CHARGES:**

On or about April 29, 2021, in Champaign County, in the Central District of Illinois,

**LORENZA DOMINGO-CASTANEDA,**

defendant herein, did knowingly possess and use documents prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, those being an Ohio state identification card in the name of K.M.S., and a Social Security card ending in 3069 in the name of K.M.S., which the defendant knew to be forged, counterfeited, falsely made, or otherwise unlawfully obtained, in that the documents did not belong to the defendant, and the defendant used the fraudulent cards as verification of employment eligibility at Staff Management.

In violation of Title 18, United States Code, Section 1546(a).

## COUNT 2
### (Illegal Re-Entry After Prior Deportation)

On or about June 11, 2021, in Champaign County, in the Central District of Illinois,

**LORENZA DOMINGO-CASTANEDA,**

defendant herein, an alien, who was a citizen of Guatemala and who pursuant to law had previously been deported and removed from the United States on or about October 24, 2013, was found in the United States without having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

s/Foreperson

s/Gregory Gilmore

FOREPERSON

DOUGLAS J. QUIVEY
ACTING UNITED STATES ATTORNEY
BDF